JOHN FREDERICK HORSTMANN and Another, as Administrators, etc., Respondents, v. WILLIAM F. WYCKOFF, Defendant. THEODORE G. CLARKE

and Another, Appellants.— Leave to appeal to the Court of Appeals is unnecessary; appellants have the right to appeal on giving a stipulation. Stay vacated.   Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.